LAW OFFICE OF ANTHONY T. CASO
ANTHONY T. CASO, Cal. Bar No. 88561
8001 Folsom Boulevard, Suite 100
Sacramento, California 95826
Telephone: (916) 386-4432
Facsimile: (916) 307-5164
E-Mail: tom@caso-law.com

Attorney for Plaintiff
PHILLIP MCCUNE

JACKSON LEWIS, LLP
ROBERT SCHNACK, Cal. Bar No. 191987
ERIKA BARBARA PICKLES, Cal. Bar No. 215702
801 K Street, Suite 2300
Sacramento, California 95814
Telephone: (916) 341-0404
Facsimile: (916) 341-0141

Attorneys for Defendants
WOODCREEK OAKS PETROLEUM, INC.,
SUE BROWNELL and MARC STRAUCH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| PHILLIP MCCUNE,<br><br>        Plaintiff,<br><br>    vs.<br><br>WOODCREEK OAKS PETROLEUM, INC. SUE BROWNELL, MARC STRAUCH, and DOES 1-5,<br><br>        Defendants. | Case No. 2:09-cv-02466-MCE-EFB<br><br>**STIPULATED DISMISSAL WITH PREJUDICE; ORDER**<br><br><br>Complaint Filed: September 2, 2009<br>Trial Date: July 30, 2012 |

Plaintiff PHILLIP MCCUNE and Defendants WOODCREEK OAKS PETROLEUM, INC., SUE BROWNELL and MARC STRAUCH, by and through their respective attorneys of record, hereby stipulate to dismissal of this action in its entirety, with prejudice, and without an award of attorney's fees or costs to any party.

IT IS SO STIPULATED.

Date: March 25, 2010                    LAW OFFICE OF ANTHONY T. CASO


By:  /s/ Anthony T. Caso [as authorized 3/25/10]
     ANTHONY T. CASO

Attorneys for Plaintiff
PHILLIP MCCUNE


Date: March 25, 2010                    JACKSON LEWIS LLP


By:  /s/ Robert J. Schnack
     ROBERT J. SCHNACK
     ERIKA BARBARA PICKLES

Attorneys for Defendants
WOODCREEK OAKS PETROLEUM, INC.,
SUE BROWNELL and MARC STRAUCH

**ORDER**

Based on the foregoing stipulation, this action is dismissed in its entirety, with prejudice, and without an award of attorney's fees or costs to any party. The Clerk of Court is directed to close the file.

IT IS SO ORDERED.

Dated: March 29, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE